**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nicole Maldonado aka Nicole A. Bergner<br>　　　　　Debtor(s) | CHAPTER 7 |
| Fifth Third Bank<br>　　　　　Movant<br>　　vs.<br>Nicole Maldonado aka Nicole A. Bergner<br>　　　　　Debtor(s) | NO. 17-18402 elf |
| Robert H. Holber Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## ORDER TERMINATING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Fifth Third Bank, it is

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 is hereby **MODIFIED** to permit the Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 JEEP WRANGLER, VIN: 1C4HJWEG1DL696493 in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Order entered by default.**

Date:  2/7/18

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**