United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-18402-elf
Nicole Maldonado                                                Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Feb 07, 2018
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2018.
db              +Nicole Maldonado,    162 S. Hawthorne Ave,    Langhorne, PA 19047-2553
14028132        +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2018                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
      JOHN M. KENNEY    on behalf of Debtor Nicole  Maldonado jken330@comcast.net,   Kathy@jkenneylaw.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Fifth Third Bank bkgroup@kmllawgroup.com
      ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.epiqsystems.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                             TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Nicole Maldonado aka Nicole A. Bergner<br>                              Debtor(s) | CHAPTER 7 |
| Fifth Third Bank<br>                              Movant<br>       vs. | NO. 17-18402 elf |
| Nicole Maldonado aka Nicole A. Bergner<br>                              Debtor(s) | |
| Robert H. Holber Esq.<br>                              Trustee | 11 U.S.C. Section 362 |

**ORDER TERMINATING AUTOMATIC STAY**

Upon consideration of the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Fifth Third Bank, it is

**ORDERED**, that the automatic stay under 11 U.S.C. Sections 362 is hereby **MODIFIED**  to permit the Movant, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2013 JEEP WRANGLER, VIN: 1C4HJWEG1DL696493  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

     **Order entered by default.**

Date:  2/7/18

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**