Certificate Number: 05781-PAE-DE-031033325

Bankruptcy Case Number: 17-18402



05781-PAE-DE-031033325

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 15, 2018, at 6:56 o'clock AM PDT, Nicole Maldonado completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  May 15, 2018

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President